IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMES MICHAEL DAVID LANDERS**                                                     **PLAINTIFF**
**#53733**

V.                          NO. 4:22-cv-00807-KGB-ERE

**WHITE COUNTY DETENTION CENTER,** *et al*.                          **DEFENDANTS**

## ORDER

Summonses have been returned unexecuted for Defendants Remington Shoemaker and Peter Ebolony. *Docs. 15, 17*. In addition, counsel for Defendants Hall, Raymond, Glenn, Simmons, and Ashby has notified the Court that Defendant "Courtney," now identified as Courtney Brister was not properly served because she was not employed by Turn Key Health Clinics, LLC at the time of service. *Doc. 26*. Counsel is attempting to contact Defendant Brister to obtain her authority to accept service on her behalf.

IT IS THEREFORE ORDERED THAT:

1. Within 14 days, counsel for Defendants Edwards, Jones, and Williams is instructed to notify the Court whether Defendants Shoemaker and Ebolony are current or past employees of the White County Detention Center. If they are no longer employed by the Detention Center, counsel is instructed to provide these Defendants' last-known addresses to the Court under seal.

2.    The Clerk is instructed to set aside service for Defendant "Courtney." The docket sheet should reflect that her summons was returned unexecuted. The Clerk should also update the docket sheet to reflect Defendant Courtney's full name – Courtney Brister.

3.    Within 30 days, counsel for the Medical Defendants is instructed to provide the Court an update on service for Defendant Brister.

Dated this 22nd day of November, 2022.

_____
UNITED STATES MAGISTRATE JUDGE