IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAMES MICHAEL DAVID LANDERS                                    PLAINTIFF

V.                    NO. 4:22-cv-00807-KGB-ERE

WHITE COUNTY DETENTION
CENTER, ET AL                                                   DEFENDANTS

## RECOMMENDED DISPOSITION

**I.    Procedure for Filing Objections:**

This Recommendation has been sent to United States District Judge Kristine Baker. Any party may file objections if they disagree with the findings or conclusions set out in the Recommendation. Objections should be specific and include the factual or legal basis for the objection.

Objections must be filed within fourteen days. If you don't object, you risk waiving the right to appeal questions of fact. If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record.

**II.   Discussion:**

On September 6, 2022, Plaintiff James Landers, formerly a pretrial detainee at the White County Detention Center, filed this civil rights lawsuit *pro se* under 42 U.S.C. § 1983. *Doc. 1*.

On December 12 and December 13, 2022, mail sent to Mr. Landers from the Court was returned as undeliverable. *Docs. 31, 34.*

In a September 8, 2022 Order, the Court advised Plaintiff that if he did not keep the Court advised of his current address, his case could be dismissed. *Doc. 3.* Mr. Landers has failed to inform the Court of his current address, as required by Local Rule 5.5(c)(2). As a result, the Court has no way to communicate with Mr. Landers regarding his lawsuit.

### III. Conclusion:

IT IS THEREFORE RECOMMENDED THAT:

1. Mr. Landers complaint be DISMISSED, without prejudice, based on his failure to: (1) comply with this Court's Initial Order and Local Rule 5.5(c)(2); (2) update his address; and (3) prosecute this lawsuit.

2. Defendants' motion to dismiss (*Doc. 32*) be DENIED, as moot.

3. The Clerk be instructed to close this case.

Dated this 17th day of January, 2023.

_____
UNITED STATES MAGISTRATE JUDGE