IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMES MICHAEL DAVID LANDERS**     **PLAINTIFF**
**#53733**

v.     Case No. 4:22-cv-00807-KGB

**WHITE COUNTY DETENTION CENTER,** *et al.*     **DEFENDANTS**

## ORDER

Before the Court is the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Edie R. Ervin (Dkt. No. 39).  No objections have been filed, and the time for filing objections has passed.  After careful consideration, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*).  The Court dismisses without prejudice plaintiff James Landers' complaint, based on his failure to:  (1) comply with Local Rule 5.5(c)(2), (2) update his address, and (3) prosecute this lawsuit.  The also denies as moot Judge Ervin's October 19, 2022, Partial Recommended Disposition (Dkt. No. 11) and defendants' motion to dismiss (Dkt. No. 32).

It is so ordered this the 19th day of April, 2023.

Kristine G. Baker
United States District Judge